**Order entered January 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01516-CR

**KASEY DEMOND JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F14-33686-Y**

## ORDER
Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.


/s/     ELIZABETH LANG-MIERS
          JUSTICE